■ In the Matter of SCOTT L. WISS. (Admitted as SCOTT LAWRENCE WISS), a Suspended Attorney. [783 NYS2d 279]— Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Andrias, J.P., Ellerin, Lerner, Friedman and Marlow, JJ.